IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PATRICIA F. KIMBRELL                                                  PLAINTIFF

       v.                        CIVIL NO. 04-3022

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                  DEFENDANT

## **O R D E R**

On this 1st day of May, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on April 10, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $591.22, representing 3.90 hours of work at a rate of $140.00 per hour and $45.22 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

       IT IS SO ORDERED.

                                                       /s/Jimm Larry Hendren
                                                       HON. JIMM LARRY HENDREN
                                                       UNITED STATES DISTRICT JUDGE